UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JITRADE, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>GRAND DISTRIBUTION, INC. d/b/a LOLLICOUTURE, a California corporation; ZONGSHOU HU, an individual; LIJUAN CHEN, an individual; and DOES 1-10, inclusive<br><br>Defendants. | Case No. CV 18-559-GW-ASx<br><br>**JUDGMENT**<br><br>Date: October 18, 2018<br>Time: 8:00 a.m.<br><br>Court: 350 West 1st Street<br>       Courtroom 9D<br>Judge: Hon. George H Wu |

Plaintiff JITRADE, INC. ("Plaintiff") has moved this Court for an order granting default judgment against Defendants GRAND DISTRIBUTION, INC. d/b/a LOLLICOUTURE, ZONGSHOU HU, and LIJUAN CHEN (collectively "Defendants").

After full consideration of the evidence submitted by the parties, the Court Orders Default Judgment as follows:

1. Judgment is entered against Defendants GRAND DISTRIBUTION, INC. d/b/a LOLLICOUTURE, ZONGSHOU HU, and LIJUAN CHEN in favor of Plaintiff in the total amount of **$162,248.76** which includes the statutory damages in the amount of $155,000, the attorney's fees in the amount of $6,700 and costs in the amount of $548.76; and
2. Post-judgment interest is awarded against Defendants in an amount that is to be calculated from the date of entry of judgment at a rate prescribed by law.

Dated: December 12, 2018

_____
Honorable George H. Wu
United States District Judge